NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE FUSION-IO, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 139

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-0391, Judge Rodney Gilstrap.

---

## O R D E R

Fusion-io, Inc. submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to grant its motion to transfer a severed portion of the action to the United States District Court for the District of Utah.

Upon consideration thereof,

IT IS ORDERED THAT:

Solid State Storage Systems, Inc. is directed to respond no later than October 4, 2012.

IN RE FUSION-IO, INC.                                                          2

FOR THE COURT

SEP 2 6 2012                      /s/ Jan Horbaly
_____                   _____
Date                              Jan Horbaly
                                  Clerk

cc:  Scott F. Partridge, Esq.
     Christopher James Mierzejewski, Esq.
     David Sochia, Esq.
     U.S. District Court, E.D. Tex., Clerk

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 6 2012

JAN HORBALY
CLERK